# United States Court of Appeals for the Federal Circuit

———————————

August 9, 2021

**ERRATA**

———————————

Appeal No. 2020-2009

**ANDRA GROUP, LP,**
*Appellant*

**V.**

**VICTORIA'S SECRET STORES, L.L.C., VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC., VICTORIA'S SECRET DIRECT BRAND MANAGEMENT, LLC, L BRANDS, INC.,**
*Appellees*

Decided:  August 3, 2021
Precedential Opinion

———————————

Please make the following change:

On page 3, line 4, of the majority opinion, delete "**[J.A. 56]**".